# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Probation or Supervised Release) |
| RALPH C. ACKROYD | Case Number: 8:99-cr-225-T-24TGW |
| | USM Number: 33760-037 |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers __One, Two, Three and Four__ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1. | New conviction for conduct, Fleeing and Eluding, occurring while on supervision in violation of the conditions of supervision. | January 10, 2006 |
| 2. | New conviction for conduct, Burglary, occurring while on supervision in violation of the conditions of supervision. | January 10, 2006 |
| 3. | New conviction for conduct, Possession of Cocaine, occurring while on supervision in violation of the conditions of supervision. | January 10, 2006 |
| 4. | New conviction for conduct, Reckless Driving, occurring while on supervision in violation of the conditions of supervision. | January 10, 2006 |

The Defendant is found to be in violation of his supervised release, and the Supervised Release is revoked. The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 4, 2009
Date of Imposition of Judgment

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

February 4, 2009
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: *TIME SERVED*.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

\_\_\_\_\_ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_\_ at _____ a.m.    p.m.    on _____ .

    \_\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_\_ before 2 p.m. on _____ .

    \_\_\_\_ as notified by the United States Marshal.

    \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                 UNITED STATES MARSHAL

               By
                                 DEPUTY UNITED STATES MARSHAL